IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00144-RJC-DSC

| USA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRETT BOOKER LANE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon its own motion regarding a continuance of the sentencing hearing from April 28, 2020.

The Court has been informed by the United States Marshals Service that the defendant's pod in the Mecklenburg County Detention Center is on temporary lockdown.

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to May 19, 2020, at 1 p.m. in Courtroom 1-1 in the Charles R. Jonas Federal Building.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: April 24, 2020

Robert J. Conrad, Jr.
United States District Judge