IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00144-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRETT BOOKER LANE | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se Motion to Reduce Sentence, pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 30).

Title 18, United States Code, Section 3582(c)(2) allows a court to reduce a sentence based on a guideline range that "has been" subsequently lowered by the Sentencing Commission. Here, the defendant anticipates that a proposed amendment will have the effect of lowering his guideline range. (Doc. No. 30: Motion at 2). The defendant's motion is premature pending the enactment of the proposed amendment and determination of its retroactivity.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 30), is **DENIED.**

Signed: August 22, 2023

Robert J. Conrad, Jr.
United States District Judge